UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No.: 04-34798-DK |
| DORENE V. SEWELL | * | |
| CHARLES H. SEWELL | * | Chapter 13 |
| | * | |
| | * | |
| Debtor(s) | | |

*****************************************************************************

## NOTICE OF MOTION TO MODIFY

Take notice that, you have 30 days from the date of the Certification of Mailing below in which to file and service on the Trustee an opposition to the Trustee's Proposed Modified Chapter 13 Plan, which is contained herein, and in the event an objection is filed, a hearing will be held at the United States Bankruptcy Court for the District of Maryland, Baltimore Division on:

October 20, 2009, at 11:00 a.m.
U.S. Post Office Building
129 Main Street
Room 104
Salisbury, MD 21801

I HEREBY CERTIFY that, on this 21st day of August, 2009, a copy of the Trustee's Notice of Motion to Modify and the proposed Modified Plan was mailed, first class, postage prepaid, to the Debtor and all creditors of this Bankruptcy Estate that hold claims for which Proofs of Claims have been filed.

| | |
|---|---|
| August 21, 2009 | /s/ Gerard R. Vetter |
| Date | Gerard R. Vetter |
| | Chapter 13 Trustee |
| | 100 S. Charles Street, Suite 501 |
| | Tower II |
| | Baltimore, MD 21201-2721 |
| | (410) 400-1333 |
| | marciac@grvch13.com |